# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ERICA HERNANDEZ, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 17-6927 DSF (GJSx) |
| v. | |
| STARBUCKS COFFEE COMPANY, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable DALE S. FISCHER, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

ERICA HERNANDEZ

take nothing; that the action be dismissed on the merits; and that the defendant(s):

STARBUCKS COFFEE COMPANY

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                            Clerk, U. S. District Court

Dated: 6/27/19                         By Renee Fisher
                                                Deputy Clerk

At: Los Angeles, California

cc:    Counsel of record