UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA HERNANDEZ,<br><br>　　　　　Plaintiff,<br>vs.<br><br>STARBUCKS COFFEE COMPANY, et. al.<br><br>　　　　　Defendants. | Case No. **2:17−cv−6927 DSF (GJSx)**<br><br>**AMENDED JUDGMENT (FED. R. CIV. PROC. 58)** |

---
AMENDED JUDGMENT

The above-entitled action having been tried before the Court sitting with a jury, the Honorable Dale S Fischer, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** that Plaintiff Erica Hernandez take nothing; that the action be dismissed on the merits; and the defendant Starbucks Corporation, erroneously sued as Starbucks Coffee Company recover of the Plaintiff Erica Hernandez its costs of action, taxed in the sum of $12,971.79.

IT IS SO ORDERED.

DATED: September 26, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2
AMENDED JUDGMENT